**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2013**

XULI ZHANG,

Plaintiff - Appellant,

v.

POLICE S. REGAN; POLICE PEC. M. GREEN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Theresa C. Buchanan, Magistrate Judge.  (1:10-cv-01329-TCB)

Submitted: February 23, 2012        Decided:  February 27, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Xuli Zhang, Appellant Pro Se.   Karen L. Gibbons, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xuli Zhang appeals the magistrate judge's order denying relief on her 42 U.S.C. § 1983 (2006) complaint and post-judgment motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Zhang v. Regan, No. 1:10-cv-01329-TCB (E.D. Va. filed Aug. 17, 2011 & entered Aug. 18, 2011; Nov. 28, 2011). We deny Zhang's motion for sanctions and request for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pursuant to 28 U.S.C. § 636(c) (2006), the parties consented to proceeding before a magistrate judge.